**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-03668-RM-STV

CITIZENS FOR CONSTITUTIONAL INTEGRITY; and
SOUTHWEST ADVOCATES, INC.,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA;
THE OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT;
DEB HAALAND, in her official capacity as Secretary of the Interior;
GLENDA OWENS, in her official capacity as Acting Director of the Office of Surface Mining Reclamation and Enforcement; and
LAURA DANIEL-DAVIS, in her official capacity as Acting Assistant Secretary for Land and Minerals Management,

    Defendants,

and

GCC ENERGY, LLC,

    Interested Party.

---

## ORDER OF CONSOLIDATION

---

This matter is before the Court on Plaintiffs' Unopposed Motion to Consolidate (ECF No. 45). Pursuant to Fed. R. Civ. P. 42(a), the Court finds that this case and *Citizens for Constitutional Integrity v. United States*, No. 21-cv-00923-REB, involve common questions of law or fact, including common parties and common claims, before this Court. The Court further finds that consolidation of these two actions will promote judicial efficiency and avoid unnecessary costs and delays. *See Ellerman Lines, Ltd. v. Atl. & Gulf Stevedores, Inc.*, 339 F.2d

673, 675 (3d Cir. 1964) (stating that Fed. R. Civ. P. 42(a) "confers upon a district court broad power, whether at the request of a party or upon its own initiative, to consolidate causes for trial as may facilitate the administration of justice").

It is therefore ORDERED that case number 20-cv-03668-RM-STV and case number 21-cv-00923-REB are hereby CONSOLIDATED for all purposes, and future filings in either of these actions shall contain the caption as set forth above and shall be docketed under the case number 20-cv-003668-RM-STV.  This Order shall also be filed in case number 21-cv-00923-REB.

DATED this 21st day of April, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge